THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAUNDRA SHECTHMAN, <br><br> Plaintiff, <br><br> v. <br><br> HOLLAND AMERICA LINE, INC., *et al.*, <br><br> Defendants. | CASE NO. C19-1972-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial and related case management dates (Dkt. No. 19). Finding good cause, the motion is GRANTED. Case management dates are continued as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Mediation | May 24, 2021 | **August 16, 2021** |
| Discovery Cutoff | June 7, 2021 | **September 12, 2021** |
| Dispositive Motions Due | July 6, 2021 | **October 12, 2021** |
| Proposed Pretrial Order Due | September 24, 2021 | **December 30, 2021** |

MINUTE ORDER
C19-1972-JCC
PAGE - 1

| Event | Current Date | Revised Date |
|---|---|---|
| Trial Briefs and Proposed Voir Dire / Jury Instructions Due | September 30, 2021 | **January 3, 2022** |
| 4-Day Jury Trial | October 4, 2021 | **January 10, 2022** |

DATED this 26th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
