THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAUNDRA SHECTHMAN, | CASE NO. C19-1972-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOLLAND AMERICA LINE, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial and related case management dates (Dkt. No. 21). Finding good cause, the motion is GRANTED. Case management dates are continued as follows:

| **Event** | **Current Date** | **Revised Date** |
|---|---|---|
| Discovery Cutoff | September 12, 2021 | **November 14, 2021** |
| Mediation | August 16, 2021 | **November 26, 2021** |
| Dispositive Motions Due | October 12, 2021 | **December 14, 2021** |
| Proposed Pretrial Order Due | December 30, 2021 | **March 4, 2022** |

MINUTE ORDER
C19-1972-JCC
PAGE - 1

| Event | Current Date | Revised Date |
|---|---|---|
| Trial Briefs and Proposed Voir Dire / Jury Instructions Due | January 3, 2022 | **March 7, 2022** |
| 4-Day Jury Trial | January 10, 2022 | **March 14, 2022** |

DATED this 23rd day of July 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C19-1972-JCC
PAGE - 2