THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAUNDRA SHECHTMAN, | CASE NO. C19-1972-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOLLAND AMERICA LINE, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion to dismiss (Dkt. No. 25) is GRANTED. This case is hereby DISMISSED with prejudice and without costs or attorney fees.

DATED this 23rd day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-1972-JCC
PAGE - 1